FILED
February 11, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:26-CR-00305-DB |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 USC § 111(a) – Assault of a Federal Officer |
| JOSE ADRIAN PEREZ RODRIGUEZ, | § § § | |
| Defendant. | § § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about January 17, 2026, in the Western District of Texas, Defendant,

**JOSE ADRIAN PEREZ RODRIGUEZ,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with Customs Border Protection Officer C.D., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties, and caused physical contact with C.D., in violation of Title 18, United States Code, Sections 111(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____*signature*_____
Assistant U.S. Attorney